**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

**MEMO ENDORSED**

April 7, 2025

**VIA ECF**
Hon. Victoria Reznik, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Reese & Terlecky v. Tuxedo Union Free School District*
      Docket No.:   23-cv-09442(VR)

Dear Judge Reznik,

    We represent the Defendant in the above-referenced matter. We submit this letter on behalf of the parties to inform your Honor that we have resolved the discovery dispute that arose during the deposition of former Board Member, William Givens. As such, the parties no longer require the Court's intervention as requested in our letter dated March 31, 2025.

    We thank the Court for its time.

Respectfully Submitted,

**SILVERMAN & ASSOCIATES**

By: _____
Valentina Lumaj
Attorneys for Defendant
445 Hamilton Avenue, Suite #1102
White Plains, New York 10601
(914) 574-4510
vlumaj@silvermanandassociatesny.com

cc:   All Counsel of Record (Via ECF)

---

The parties are directed to file a new joint status letter by **May 2, 2025**, confirming that discovery is complete and informing the Court on the parties' anticipated next steps. The Clerk of Court is respectfully directed to close out the gavel associated with ECF No. 47.

SO ORDERED.

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.

Dated: 4-9-25