UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Roy Reese and Dolores Terlecky,

                         Plaintiffs,       23-cv-9442

-against-       **ORDER**

Tuxedo Union Free School District,
                         Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On May 5, 2025, the Court directed the parties to submit a letter to the Court by no later than May 23, 2025. (ECF No. 50). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **May 30, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                May 27, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge