**MEMO ENDORSED**

**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

May 30, 2025

**VIA ECF**
Hon. Victoria Reznik, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    *Reese & Terlecky v. Tuxedo Union Free School District*
                Docket No.:   23-cv-09442(VR)

Dear Judge Reznik,

    We represent the Defendant in the above-referenced matter. We respectfully submit this joint status report on behalf of the parties to apprise Your Honor as to the status of discovery in this matter.

    Since our last report, the parties have completed all discovery in this matter. Now that discovery is complete, we would welcome a further conference with the Court to discuss the next steps in this litigation.

    The parties would like to apologize to the Court for failing to provide this status update to the Court by May 23, 2025 in accordance with the Court's May 5, 2025 Order, and we appreciate the Court extending the deadline to do so. We thank the Court again for its considerations and courtesies in this matter.

                Respectfully Submitted,

                **SILVERMAN & ASSOCIATES**

By: _____
       Valentina Lumaj
   Attorneys for Defendant
445 Hamilton Avenue, Suite #1102
White Plains, New York 10601
      (914) 574-4510
vlumaj@silvermanandassociatesny.com

cc:   All Counsel of Record (VIA ECF)

---

The parties' request for a conference is **GRANTED**. By separate order, the Court will schedule a conference to discuss the parties' anticipated next steps in this litigation. The Clerk of Court is respectfully directed to close out the gavel associated with ECF No. 52.

SO ORDERED.

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.
Dated: 6-2-25