UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Reese, et al.,

                                      Plaintiffs,

               -against-

Tuxedo UFSD.,

                                    Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:23-cv-9442 VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **June 18, 2025 at 11:30 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

      **SO ORDERED.**

DATED:      White Plains, New York
                  June 2, 2025

                                                                  _____
                                                                   VICTORIA REZNIK
                                                                   United States Magistrate Judge