

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

**VIA ECF**

June 2, 2025

Hon. Victoria Reznik, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601



Re:   *Reese, et al. v. Tuxedo Union Free Sch. Dist.*
      Docket No. 23-cv-09442 (VR)

Dear Judge Reznik,

This office represents the plaintiffs in the above-referenced matter. With consent of opposing counsel, I write to respectfully request a brief adjournment of the teleconference the Court just scheduled for June 18, 2025 at 11:30am. *See* ECF No. 54. My son's moving up ceremony (elementary to middle school) is that same morning at 10:00am and I am not certain whether it will be over by 11:30am. I have conferred with counsel, and we can both be available later that same day (6/18/25) any time after 2:00pm, as well as any time on June 24th or 26th, if any of those times are convenient for the Court.

I apologize for any inconvenience, and I thank the Court kindly for its considerations and courtesies.

Respectfully submitted,

*/s/ Jonathan R. Goldman*

Jonathan R. Goldman, Esq.

cc: All counsel of record (by ECF)

---

This matter is adjourned to **June 18, 2025 at 2:30 pm.** Call in information is the same as in the Order at DE 54.

SO ORDERED.

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.

Dated: 6-3-25