

372 South Plank Road, Suite 2
Newburgh, New York 12550
Main: (845) 534-6472
Fax: (845) 579-3064
www.jrgoldmanlaw.com

Jonathan R. Goldman, Esq.
Direct Ext: 1001
Email: jgoldman@jrgoldmanlaw.com

**VIA ECF**

September 30, 2025

Hon. Judith C. McCarthy, U.S.M.J.
U.S. District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Reese v. Tuxedo Park Union Free Sch. Dist.*
            No. 23-cv-09442 (VR)

Dear Judge McCarthy,

    This office represents the plaintiffs in the above-referenced matter. On behalf of counsel for all parties, and in accordance with the directive in Your Honor's August 29, 2025 Minute Entry, we write to advise that the School Board approved the settlement at its September 17, 2025 meeting, and the settlement agreement was fully executed on that date. We are just waiting for remittance of the settlement funds, which we expect to be made soon. We respectfully request another two weeks to either file a stipulation of dismissal or provide a further update, and we thank the Court for its considerations.

                      Respectfully submitted,

                      */s/ Jonathan R. Goldman*

                      Jonathan R. Goldman, Esq.

cc: All counsel of record (by ECF)

***CONFIDENTIAL – FOR SETTLEMENT PURPPOSES ONLY***