**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Roy Reese and Dolores Terlecky,

                            Plaintiffs,

-against-

Tuxedo Union Free School District,

                            Defendant.
------------------------------------------------------------------X

23-cv-9442

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On August 29, 2025, the Court held a settlement conference before Magistrate Judge Judith C. McCarthy, wherein the case was settled in principle. On September 30, 2025, the parties submitted a letter as directed informing the Court that a settlement agreement was executed on September 17, 2025, and requesting two weeks to file a stipulation of dismissal or provide a further update. (ECF No. 61). The Court has not yet received any such stipulation or update. The parties are directed to submit a stipulation of dismissal or joint status letter on the status of settlement by no later than **November 21, 2025**.

      SO ORDERED.

DATED:    White Plains, New York
                November 17, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge